385 A.2d 973

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Juan AROCHO, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued April 13, 1978.

Decided May 15, 1978.

Sheldon C. Jelin, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., James Garrett, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgments of Sentence affirmed.

MANDERINO, J., did not participate in the consideration or decision of this case.